# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-2057

_____

Wendell Dwayne O'Neal,            *
                                          *

           Appellant,        *
                                          *

    v.                          *
                                          *

Nina C. Cook, Unknown Manager or  *
Supervision Employee; Radisson Hotel; *
City of St. Paul; Manuel Cervantes;  *
John J. Choi; Yileng Vang; Capital City *
Properties, 345 St. Peters Street,    *  Appeals from the United States
Landmark Towers, St. Paul,       *  District Court for the
Minnesota 55102; St. Paul Port    *  District of Minnesota.
Authority Prpty.; Unknown Manager;  *
Unknown Security Person, 701 Carlson *  [UNPUBLISHED]
Parkway, Minnetonka, Minnesota   *
55305; Shari Moore; Crestline Hotel  *
Mgmt.; Carlson, jointly; severally;   *
and, as agents; principal, municipality *
and officially,                *
                                          *

           Appellees.        *
                                          *

_____

No. 09-2059

_____

Wendell Dwayne O'Neal,            *
                                          *

           Appellant,        *
                                          *

v.                                          *
                                            *

City of St. Paul; Yileng Vang, P.O.;        *
Ramsey County, a municipality; Susan        *
Gaertner, Ramsey County Attorney;           *
Patricia Leski, Claims Administrator;       *
Bob Fletcher, Ramsey Sheriff; Greg          *
Slatter, Ramsey Sheriff Deputy;             *
Unknown Ramsey Dpty. Sheriff,               *
Records Department (Administration),        *
                                            *
            Appellees.                       *
                                            *

            _____


            No. 09-2060
            _____

Wendell Dwayne O'Neal,                      *
                                            *
            Appellant,                       *
                                            *
v.                                          *
                                            *
City of St. Paul, a municipality; Manuel    *
Cervantes, former St. Paul Attorney;        *
Teresa Skarda, Chief Asst. Atty. Crim.      *
Div.; Andrea Miller, Asst. City             *
Attorney; George T. Stephenson, Jdg.        *
2nd Jdcl. Dist. Court; John J. Choi;        *
Jessica McConnelly, St. Paul Chief of       *
Police; Ramsey County, a municipality;      *
Mr. Gill, Sprvsr., Ramsey Pub Dfndr.        *
Office; Autumn X. Nelson, Ramsey            *
Public Defender; Unknown Student            *

Attorney, jointly, severally, officially as &ast;
agents and municipalities, &ast;
                                     &ast;

           Appellees. &ast;

_____

Submitted: November 17, 2009
Filed: December 11, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Wendell O'Neal challenges adverse judgments entered in three separate actions, all of which asserted claims arising from alleged civil rights and other violations in connection with O'Neal's arrest and conviction for trespassing in August 2005, and his subsequent efforts to obtain records related to the incident. Following careful review of the district court's[1] judgments and O'Neal's arguments on appeal, we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B. O'Neal's pending motions are denied.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the reports and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.

-3-